BELLE M. CLARK, Appellant, v. STEPHEN J. MARSH, Respondent.— Judgment of the County Court of Nassau county reversed, with costs, and the judgment of the justice of the peace is reinstated and affirmed, on the ground that it does not appear that the judgment of the justice of the peace is so plainly against the weight of evidence that it can be seen that the justice could not reasonably have arrived at the conclusion which he made. (*Vandeymark* v. *Corbett*, 131 App. Div. 391.)   Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ., concurred.

MARSHALL T. DAVIDSON, Appellant, v. THE VILLAGE OF WHITE PLAINS, Respondent.— Judgment unanimously affirmed, with costs.   No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

KATE DONOVAN, Appellant, v. TRANSIT DEVELOPMENT COMPANY, Respondent.— Order and judgment unanimously affirmed, with costs, upon the ground that connection by the defendant with the railroad or ditch was not admitted or proven.   Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

HENRY DOSCHER and Others, as Executors, etc., Respondents, v. GESINE ENGEL, Appellant.— Judgment reversed and new trial granted, costs to abide the final award of costs, upon the ground that the judgment is not consistent with the 14th, 15th and 16th findings of fact of the learned trial justice.   Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES F. DURNING, Respondent, v. AUTOMATIC MACHINE PRODUCTS COMPANY and Another, Appellants.— The Workmen's Compensation Law does not give to the physician any claim directly against the employer or insurance carrier for the value of services rendered the injured employee. His claim under the law is limited to a lien on the compensation awarded to the employee, which should include the amount of the physician's charges as approved by the Commission.   Order reversed and motion granted, without costs.   Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

DELIA FLOOD, as Administratrix de Bonis Non of EUGENE BURNS, Deceased, Respondent, v. FREDERICK GILMAN, Appellant, and Another, Defendant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GEORGE B. HALL, Respondent, v. TRANSIT DEVELOPMENT COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the finding that plaintiff was free from contributory negligence was against the weight of the evidence.   Jenks, P. J., Mills, Rich and Putnam, JJ., concurred; Thomas, J., voted to affirm.

In the Matter of the Application of BRONX PARKWAY COMMISSION, Appellant, to Acquire Title to Lands of THE GARTH ESTATES, Respondent, and Others.   (Proceeding No. 4-A.) — Order affirmed, with ten dollars costs and disbursements, except the commissioners of appraisal shall be by our order restrained from taking and filing their oaths within thirty days after the entry of that order, to afford the appellant opportunity to institute proper action, either to amend this proceeding or to bring a new one, to be consolidated with this, as it may be advised, so as to include in the

proceeding the three other parcels of respondent's lands referred to in the moving papers, as well as the parcels now embraced in the petition, with leave to the appellant, if such action shall be promptly taken, to apply at Special Term for a further stay of the taking and filing of such oaths, if necessary, until such enlargement of the proceeding has been effected. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.    Order to be settled before Mr. Justice Mills.

In the Matter of the Application of ANNA GANDORF, Appellant, for a Writ of Habeas Corpus to Produce the Body of EDWARD GANDORF, Also Known as EDWARD MILLER.  FREDERICK MILLER, Respondent.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Application of MIRKIN & SON IRON WORKS, INC., Appellant, for an Order Directing ABRAHAM H. SPIGELGASS, an Attorney, Respondent, to Turn over Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements.  No opinion.  Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of GEORGE L. WEED and WAYNE W. WILSON, as Executors, etc., of CHARLOTTE BARNETT, Deceased.  In the Matter of the Petition of LILLIAN BARNETT, Respondent, to Vacate and Set Aside a Decree Judicially Settling the Accounts of GEORGE L. WEED and WAYNE W. WILSON, as Executors, etc., of CHARLOTTE BARNETT, Deceased, and to Compel Such Executors and Trustees to Render and Settle a Full and True Account as Such.  WAYNE W. WILSON, as Executor and Trustee, etc., Appellant.— The ruling of the learned surrogate that these testamentary trustees had no authority to break into the capital of this trust property, is amply sustained by the terms of the will, which gave only income to the grandchildren before they should arrive at the age of twenty-one.  Such payments were an unauthorized invasion of the principal, which the trustees had no right to break into.  (Matter of Fero, 9 How. Pr. 85; Deen v. Cozzens, 7 Robt. 178, 190; Cass v. Cass, 15 App. Div. 235, 239.)  The will gave authority to pay over income.  In view of all the facts, we modify the decree to the extent that interest on $505.46 runs from January 20, 1915, when the petitioner came of age.  As thus modified the decree of the Surrogate's Court of Kings county is affirmed, without costs.  Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.    Order to be settled on notice.

LEA LEWIS, Appellant, v. THE CITY OF NEW YORK and BROOKLYN HEIGHTS RAILROAD COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs.  No opinion.  Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

WILLIAM J. LOGAN, Respondent, v. THE NEW YORK SUGAR REFINING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, the demurrer to the new matter in defendant's answer overruled, and motion denied, with ten dollars costs.  No opinion.  Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KINGS COUNTY